FILED
MAY 1 8 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
             DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| VS. § § § | CAUSE NO.: DR-16-CR-284 |
| J. JUAN RAMIREZ-BAUTISTA § AKA: Juan J Ramirez-Bautista § | |

## STIPULATION OF FACTS

The United States of America, by and through the United States Attorney for the Western District of Texas and the undersigned Assistant U.S. Attorney, the Defendant, and Defense counsel hereby stipulate that if this matter were to proceed to trial, the United States would establish by legal and competent evidence the following facts beyond a reasonable doubt:

On February 9, 2016, Defendant was found in the United States near Brackettville, Texas within the Western District of Texas by federal law enforcement agents. The Defendant is an alien and citizen of Mexico who has been previously formally deported from the United States on or about November 13, 2015, through Del Rio, Texas. After such formal deportation, the Defendant has not received the consent of the Attorney General of the United States nor the consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States. The Defendant is voluntarily in the United States unlawfully. The Defendant committed all of the foregoing acts knowingly and voluntarily.



EXHIBIT 1

Respectfully submitted,

RICHARD L. DURBIN, JR.
United States Attorney

By: _____
RALPH A. PARADISO
Assistant United States Attorney

After consulting with my attorney, I hereby stipulate the above Statement of Facts is true and accurate, and had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt. **I accept responsibility for my actions in this case and apologize for having committed this offense.**

Signed this  22  day of  Ma     , 2016.

_____
J. JUAN RAMIREZ-BAUTISTA
AKA: Juan J Ramirez-Bautista
Defendant

I am Defendant's Attorney, I have carefully reviewed the above Stipulation of Facts with the Defendant. To my knowledge, Defendant's decision to stipulate to such facts is informed and voluntary.

Signed this  22  day of  Ma     , 2016.

_____
John P. Calhoun
Defendant's Attorney

Adopted and approved this  18  day of  May     , 2016.

_____
COLLIS WHITE
United States Magistrate Judge