PROB 12C
(07/93)

# United States District Court

For

**WESTERN DISTRICT OF TEXAS**

FILED
APR 1 3 2017
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
               DEPUTY

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: J. Juan Ramirez-Bautista

Case Number: DR-16-CR-00284-ILL(1)

Name of Sentencing Judicial Officer: Ivan L.R. Lemelle, Senior United States District Judge

Date of Original Sentence: October 14, 2016

Original Offense: 8 U.S.C. § 1326 Illegal Re-Entry Into the United States

Original Sentence: Time served (249 days imprisonment), 1 year supervised release

Type of Supervision: Supervised Release            Date of Supervision Commenced: October 14, 2016

Assistant U.S. Attorney: Ralph Anthony Paradiso            Defense Attorney: John P. Calhoun (AFPD)

## PREVIOUS COURT ACTION

None.

## PETITIONING THE COURT

☒ The issuance of a warrant
☐ The issuance of a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| | **Mandatory Condition No. 1** |
| 1. | **The defendant shall not commit another federal, state or local crime during the term of supervision.** |
| | **Standard Conditions No. 19** |
| 2. | **If the defendant is excluded, deported, or removed upon release on probation or supervised release, the term of supervision shall be a non-reporting term of probation or supervised release. The defendant shall not illegally reenter the United States. If the defendant lawfully reenters the United States during the term of probation of supervised release, the defendant shall immediately report in person to the nearest U.S. Probation Office.** |

On or about March 4, 2017, J. Juan Ramirez-Bautista was found in the United States having been previously denied admission, excluded, deported or removed from the United States on or about November 13, 2016, and the offender had not

received the consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security, the successor for this function pursuant to 6 U.S.C. §§ 202(3), 202(4), & 557, to reapply for admission, being voluntarily in the United States in violation of 8 U.S.C. § 1326(a) & (b)(1)/(2).

On March 4, 2017, the United States Border Patrol (USBP) apprehended J. Juan Ramirez-Bautista, along with another individual, near Quemado, Texas. The individuals had activated a sensor in the area which alerted agents to their location. After a brief foot-pursuit, both individuals were apprehended by the agents. Upon questioning, the defendant indicated he was a native and citizen of Mexico, and he admitted to having crossed the international border into the United States illegally. He was arrested and transported to the Brackettville Border Patrol Station for further processing. A Criminal Complaint has been filed in the Del Rio Division of the Western District of Texas, under Docket No. DR:17-M-01477(1), and the defendant remains in federal custody.

U.S. Probation Officer Recommendation:

The term of supervision should be

☒ revoked. (Maximum Penalty: 1 year imprisonment: 1 year supervised release;
And payment of any unsatisfied monetary sanction previously imposed)

☐ extended for     years for a total term of     years

☐ The condition of supervision should be modified as follows:

Approved:

_____
Ramiro F. Cruz
Supervising U.S. Probation Officer

Respectfully Submitted,

_____
Jesus J. Hernandez, Jr.
U.S. Probation Officer
Date: March 17, 2017
Telephone: (830) 308-6144

Approved:

_____
Patrick Burke
Assistant U.S. Attorney

cc: Victor Calderon
    Assistant Deputy Chief U.S. Probation Officer

THE COURT ORDERS:

- [ ] No action.
- [x] The issuance of a WARRANT. Bond is set in the amount of $ _Detain_ cash/surety with supervision by the United States Probation Office to continue as a condition of release.
- [ ] The issuance of a SUMMONS.
- [ ] Other _____

_/s/ Ivan L.R. Lemelle_
Ivan L.R. Lemelle
Senior United States District Judge

_8-7-13_
Date