FILED
NOV 21 2017
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | NO: DR-16-CR-00284(1)-DLB |
| J JUAN RAMIREZ-BAUTISTA | § | |

## ORDER REVOKING SUPERVISED RELEASE AND RE-SENTENCING DEFENDANT

On **November 7, 2017**, came on to be heard before the Court, the Government's Petition to Revoke the Defendant's term of supervised release filed on April 13, 2017. The defendant, **J JUAN RAMIREZ-BAUTISTA**, appeared with his attorney **Javier Riojas**, and the government appeared by Assistant United States Attorney, **Kevin Fletcher**, in the above-entitled and numbered criminal action.

The defendant pled true to the Violations.

The Court finds that the defendant has violated the terms and conditions of his supervised release as alleged in the said petition. Thus, the Government's Petition to revoke will be and is hereby **GRANTED**.

It is hereby ORDERED that the terms of supervised release ordered on October 14, 2016, as set out in the judgment entered on October 17, 2016, being the same, is hereby revoked and set aside pursuant to the Sentencing Reform Act of 1984.

It is further **ORDERED** that the defendant, **J JUAN RAMIREZ-BAUTISTA**, be committed to the custody of the U.S. Bureau of Prisons for a term of **Six (6) months**, to run consecutively to DR-17-CR-339, pursuant to 18 U.S.C. § 3583(e)(3) with credit for time served.

No further term of supervised release is imposed.

SIGNED on this 16th day of November, 2017.

DAVID L. BUNNING
UNITED STATES DISTRICT JUDGE

## RETURN

I have executed this Revocation Order as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Order.

_____
United States Marshal

By: _____
Deputy Marshal